UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL KEE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> *Acting Commissioner of Social Security,* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 4:21-CV-179-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the Commissioner's consent motion to remand (D.E. 26).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.**

<u>This Judgment Filed and Entered on August 19, 2022 with service on:</u>
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Lisa Rayo (via CM/ECF Notice of Electronic Filing)

                   PETER A. MOORE, JR., CLERK


                   /s/ Bobbie R. Horton
                   (By): Bobbie R. Horton, Deputy Clerk