UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RUSSELL KEE,  )
  )
    Plaintiff  )
  )
  )
  )
  )  **JUDGMENT**
v.  )
  )  No. 4:21-CV-179-BM
MICHELLE A. KING,  )
Acting Commissioner of Social Security,  )
  )
    Defendant.  )

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 42 U.S.C. § 406(b) ("Section 406(b)").**

**IT IS THEREFORE ORDERED, ADJUDGED AND that Counsel for plaintiff's motion [DE-34] for approval of attorney's fees is ALLOWED in the full amount requested of $19,423.50. The Commissioner shall release to plaintiff's counsel the amount withheld from plaintiff's past-due benefits. Upon receipt of the § 406(b) fees, plaintiff's counsel shall refund to plaintiff the sum of $5,900.00 in attorney's fees representing the attorney's fees that counsel received pursuant to the EAJA.**

This Judgment Filed and Entered on February 13 2025 with service on:

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

Lisa M. Rayo  (Via CM/ECF Notice of Filing)

                                        PETER A. MOORE, JR., CLERK

                                        /s/ Bobbie R. Horton
                                        (By): Bobbie R. Horton, Deputy Clerk